**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE, BRICKLAYERS OF INDIANA RETIREMENT PLAN, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND, BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 OF INDIANA & KENTUCKY, and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 IN/KY INDIANAPOLIS, TERRE HAUTE, BLOOMINGTON PENSION FUND | ) ) ) ) No. 1:25-cv-1467-JRS-TAB ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MIDWEST CAULKING INC. an Indiana corporation, | ) ) |
| Defendant | |

## ORDER

Defendant, MIDWEST CAULKING INC having failed to plead or otherwise defend in this action, and default having been entered, upon application of the Plaintiffs and upon affidavit that Defendant is indebted to the Plaintiffs in the sum of $29,084.00 that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiffs recover of Defendant the sum of $29,084.00 plus costs of this action.

Date: 5/21/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601

MIDWEST CAULKING, INC.
c/o its Registered Agent, Kevin Pappert
1735 Berwick Lane
New Haven, IN 46774-2017